# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BEVERLY AND WAYNE PAPANIA

VERSUS

JA-ROY EXTERMINATING
SERVICES OF ST. TAMMANY, LLC

NO.   2025 CW 0487

**AUGUST 18, 2025**

---

In Re:    Imperium Insurance Company, applying for supervisory
          writs, 22nd Judicial District Court, Parish of St.
          Tammany, No. 202310425.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

> **WRIT DENIED.**

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT